UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

SHIRLEY CULBRETH, DEWEY J. CULBRETH, JR., and MAMMY'S SHANTY, INC.,
    Defendants.

Case No. 23-cv-62357-DMM

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, SHIRLEY CULBRETH, DEWEY J. CULBRETH, JR., and MAMMY'S SHANTY, INC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432

s/ Lisa D. MacClugage
Lisa D. MacClugage, Esq. (FBN: 39780)
ldm@trippscott.com
eservice@trippscott.com
   *Attorney for Defendants*
Tripp Scott, P.A.
110 SE 6th St., 15th Floor
Ft. Lauderdale, FL 33301
(954) 525-7500