UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-62357-CV-MIDDLEBROOKS

RUDOLPH BETANCOURT,

    Plaintiff,

v.

SHIRLEY CULBRETH, DEWEY J.
CULBRETH, JR., and MAMMY'S
SHANTY, INC.,

    Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff, Rudolph Betancourt, and Defendants, Shirley Culbreth, Dewey J. Culbreth, Jr., and Mammy's Shanty, Inc.'s Joint Stipulation of Dismissal with Prejudice, filed on February 27, 2024. (DE 20). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

    **SIGNED** in Chambers in West Palm Beach, Florida, this 29th day of February, 2024.

    Donald M. Middlebrooks
    United States District Judge